## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

_____
                                        :
**HUGO ALEXANDER AMAYA QUINTEROS**,     :
                                        :
              Petitioner,               :        Civ. No. 16-5718 (JMV)
                                        :
       v.                               :        **MEMORANDUM AND ORDER**
                                        :
**CHARLES GREEN**,                      :
                                        :
              Respondent.               :
_____:

Petitioner Hugo Alexander Amaya Quinteros[1], an immigration detainee confined at the

Essex County Correctional Facility in Newark, New Jersey, files this petition *pro se* for writ of

habeas corpus under 28 U.S.C. § 2241, challenging his detention.  Petitioner has not paid the

filing fee nor has he submitted an application to proceed *in forma pauperis*.  Therefore, this

matter will be administratively terminated.  Petitioner shall have the chance to reopen this action

if he either pays the $5.00 filing fee or files a complete application to proceed *in forma pauperis*

on the form supplied by the Clerk that accompanies this Order within 45 days.

Therefore, **IT IS** on this  21st  day of  September, 2016,

**ORDERED** that the Clerk of the Court shall administratively terminate this case due to

Petitioner's failure to pay the requisite filing fee of $5.00, or to submit a complete application to

proceed *in forma pauperis* on the form supplied by the Clerk, and it is further

_____

[1] The Court notes that Petitioner's name appears on the docket as "Amaya Quinteros Hugo
Alexander."  However, it is apparent from Petitioner's submission that his name is more
accurately "Hugo Alexander Amaya Quinteros," and he refers to himself as "Mr. Amaya."
Accordingly, the Clerk of the Court will be directed to update the Court's docket to reflect
Petitioner's true name.

**ORDERED** that if Petitioner wishes to reopen this action, he shall notify the Court within 45 days of the date of entry of this order, in writing; Petitioner's writing shall include either a complete and signed *in forma pauperis* application or the $5.00 filing fee; and it is further

**ORDERED** that the Clerk of the Court shall update the Court's docket to reflect that Petitioner's name is "Hugo Alexander Amaya Quinteros," and that Petitioner refers to himself as "Mr. Amaya;" and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Order and a blank form application to proceed *in forma pauperis* by a non-prisoner (AO 239) to Petitioner by regular U.S. mail.

s/John Michael Vazquez
JOHN MICHAEL VAZQUEZ
United States District Judge
